**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, AND ) | |
| LEAH ANN MCCLINTOCK, ) | Bankruptcy No.: 20-22706-CMB |
|     Debtor(s). ) | |
| ) | |
| ) | Chapter 13 |
| WILLIAM EDWARD MCCLINTOCK, II, Debtor, ) | Motion No.: WO-1 |
| ) | |
|     Movant, ) | Document No.: 57 |
| ) | |
|     v. ) | |
| ) | |
| ANDRITZ HERR-VOSS STAMCO, INC., ) | |
| ) | |
|     Respondent. ) | |
| ) | |
| SSN XXX-XX-0408 ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

      The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:

      IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

**Andritz Herr-Voss Stamco, Inc.**
**ATTN: Manager - Payroll Department**
130 Main Street
Callery, PA 16024

shall deduct from said income the sum of **$416.77 per weekly pay period, for a total monthly payment of $1,806.00**, beginning on the next pay day following receipt of this Order, and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

      IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated:  April 19, 2021

*Carlota M. Böhm*     glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/19/21 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                 Case No. 20-22706-CMB

William Edward McClintock, II                                                                      Chapter 13

Leah Ann McClintock

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: gamr                                                     Page 1 of 2
Date Rcvd: Apr 19, 2021                             Form ID: pdf900                                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward McClintock, II, 156 Dutchtown Road, Butler, PA 16002-7556 |
| | + | Andritz Herr-Voss Stamco, Inc., Attn: Manager - Payroll Department, 130 Main Street, Callery, PA 16024-9810 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2021                                   Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

**Name**                             **Email Address**

Dai Rosenblum
                            on behalf of Joint Debtor Leah Ann McClintock Jody@dairosenblumbankruptcy.com
                            Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                            on behalf of Debtor William Edward McClintock  II Jody@dairosenblumbankruptcy.com,
                            Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Maria Miksich
                            on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A.
                            mmiksich@kmllawgroup.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Apr 19, 2021 Form ID: pdf900 Total Noticed: 2

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 5