**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, ) | Bankruptcy No.: 20-22706-CMB |
| AND LEAH ANN MCCLINTOCK, ) | |
| Debtors. ) | Chapter: 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, ) | |
| AND LEAH ANN MCCLINTOCK, ) | Related to:  Document No. 59 |
| Movant, ) | |
| ) | **ENTERED BY DEFAULT** |
| v. ) | |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Respondent. ) | |

**ORDER REMOVING JUDICIAL LIEN WHICH IMPAIRS AN EXEMPTION**

**And Now,** the ___21st___ day of ___April___, 20__21__, after careful consideration of the Debtor's Motion to Remove Judicial Lien Which Impairs an Exemption, it is **ORDERED** that the Debtors' Motion is granted, and the lien of Midland Funding, LLC, of 8875 Aero Drive, Suite 200, San Diego, California 92193, a subsidiary of Encore Capital Group, Inc., of 3111 Camino Del Rio North, Suite 1300, San Diego, California 92108, created by judgment on August 27, 2018, by Order on Case No. CP 2018-21539, in the Court of Common Pleas, Butler County, Pennsylvania, which impairs an exemption to which the Debtors are entitled, being the Debtors' property, known as 156 Dutchtown Road, Butler, Butler County, Pennsylvania, as Recorded on January 19, 2012, by the Recorder of Deeds, Butler County, Pennsylvania, at Instrument Number 201201190001521, described as,

> "All that certain piece, parcel or lot of land situate in Butler Township, Butler County, Commonwealth of Pennsylvania, being Lot No. 2 in the Dutchtown Village Plan of Lots No. 1 as recorded at Rack File 65, Page 42, Tax Parcel No. 051-54-C2-0000,"

is **null and void.**

**It is Further Ordered** that the lien of Midland Funding, LLC, and any subsequent or future assigns, is unsecured.

**It is Further Ordered** that the lien is void and a nullity, that the lien is permanently divested and released from the collateral, and that the Respondents and any and all successors and assigns are forever enjoined and barred from any and all efforts to enforce or collect on the judgment lien.

**It is Further Ordered** that this Order is self-executing and that neither the plaintiff nor the Respondents, their successors or assigns, need to take any future action to satisfy the lien.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
4/21/21 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Edward McClintock, II  
Leah Ann McClintock  
    Debtors

Case No. 20-22706-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Apr 21, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward McClintock, II, Leah Ann McClintock, 156 Dutchtown Road, Butler, PA 16002-7556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

**Name**     **Email Address**

Dai Rosenblum  
    on behalf of Joint Debtor Leah Ann McClintock Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum  
    on behalf of Debtor William Edward McClintock  II Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Maria Miksich  
    on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. mmiksich@kmllawgroup.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2     User: gamr     Page 2 of 2
Date Rcvd: Apr 21, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 5