**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22706-CMB |
| WILLIAM EDWARD MCCLINTOCK, II, and LEAH ANN MCCLINTOCK, | Chapter 13 |
| Debtor, | Related to Doc. No. |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Movant, | Hearing Date: Tuesday, May 25, 2021 at 1:30 pm |
| v. | Response Deadline: Friday, May 14, 2021 |
| WILLIAM EDWARD MCCLINTOCK, II, LEAH ANN MCCLINTOCK, and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents. | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO ALLOW LATE PROOF OF CLAIM

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Friday, May 14, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

*A Zoom Video Conference Hearing* will be held on **Tuesday, May 25, 2021, at 1:30 p.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602130488, or alternatively, you may use the following: Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers, at 412-644-4328.

*All attorneys and Parties may only appear by Zoom* and must comply with Judge Bohm's *Zoom Procedures* at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated:  April 27, 2021                                Respectfully submitted,

                                                      BERNSTEIN-BURKLEY, P.C.

                                                      By: /s/*Keri P. Ebeck*
                                                      Keri P. Ebeck, Esq.
                                                      PA I.D. # 91298
                                                      kebeck@bernsteinlaw.com
                                                      707 Grant Street
                                                      Suite 2200, Gulf Tower
                                                      Pittsburgh, PA 15219
                                                      Phone - (412) 456-8112
                                                      Fax - (412) 456-8135

                                                      *Counsel for OneMain Financial Group, LLC*