**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 20-22706-CMB |
| WILLIAM EDWARD MCCLINTOCK, II, and LEAH ANN MCCLINTOCK, | Chapter 13 |
| Debtor, | Related to Doc. No. |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Movant, | Hearing Date: Tuesday, May 25, 2021 at 1:30 pm |
| v. | Response Deadline: Thursday, May 13, 2021 |
| WILLIAM EDWARD MCCLINTOCK, II, LEAH ANN MCCLINTOCK, and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents. | |

**CERTIFICATE OF SERVICE OF MOTION TO ALLOW LATE PROOF OF CLAIM AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 27, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

William Edward McClintock, II
Leah Ann McClintock
156 Dutchtown Road
Butler, PA 16002

Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Office of the United States Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222  

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck  
        Keri P. Ebeck  
        PA I.D. # 91298  
        kebeck@bernsteinlaw.com  
        707 Grant Street  
        Suite 2200 – Gulf Tower  
        Pittsburgh, PA 15219  
        412-456-8112  
        Fax: (412) 456-8120

*Counsel for OneMain Financial Group, LLC*