**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, ) | Bankruptcy No.: 20-22706-CMB |
| AND LEAH ANN MCCLINTOCK, ) | |
| Debtors. ) | Chapter: 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, ) | Related to Document No.: 60 |
| AND LEAH ANN MCCLINTOCK, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER REMOVING JUDICIAL LIEN**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 5, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**William Edward McClintock, II**
**Leah Ann McClintock**
156 Dutchtown Road
Butler, PA 16002

**Midland Funding, LLC**
P.O. Box 500
Eatontown, NJ 07724

**Hayt, Hayt & Landau, LLC**
2 Industrial Way W.
Eatontown, NJ 07724

**Hayt, Hayt & Landau, LLC**
P.O. Box 500
Eatontown, NJ 07724

**Midland Funding LLC**
c/o Midland Credit Management
PO Box 2011
Warren, MI 48090

**Midland Funding LLC**
Attn: Bankruptcy/Legal Dept.
8875 Aero Drive
Suite 200
San Diego, CA 92193

**Ashish Masih**
**President and Chief Executive Officer**
**Encore Capital Group, Inc.**
3111 Camino Del Rio North, Suite 1300
San Diego, CA 92108

**Greg Call**
**Senior Vice President, General Counsel, and Corporate Secretary**
**Encore Capital Group, Inc.**
3111 Camino Del Rio North, Suite 1300
San Diego, CA 92108

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Maria Miksich**
**CU MEMBERS MORTGAGE**
mmiksich@kmllawgroup.com

Executed on: May 5, 2021

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com