# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WILLIAM EDWARD MCCLINTOCK, II, and<br>LEAH ANN MCCLINTOCK,<br><br>Debtor,<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>Movant,<br><br>v.<br><br>WILLIAM EDWARD MCCLINTOCK, II,<br>LEAH ANN MCCLINTOCK, and<br>RONDA J. WINNECOUR, Chapter 13 Trustee,<br><br>Respondents. | Bankruptcy No. 20-22706-CMB<br><br>Chapter 13<br><br><br><br>Related to Doc. No. 64<br><br><br><br><br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this 19th day of May, 2021, upon consideration of the foregoing Motion to Allow Late Proof of Claim filed on behalf of OneMain Financial Group, LLC, it is hereby ORDERED that the Proof of Claim filed on behalf of OneMain Financial Group, LLC d, on April 23, 2021 is an allowed claim

BY THE COURT:

_Carlota M. Böhm_    dmr
Honorable Carlota M. Bohm
U.S. Bankruptcy Court Chief Judge

FILED
5/19/21 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-22706-CMB
William Edward McClintock, II | Chapter 13
Leah Ann McClintock
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2
Date Rcvd: May 19, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

**Recip ID         Recipient Name and Address**
db/jdb         +  William Edward McClintock, II, Leah Ann McClintock, 156 Dutchtown Road, Butler, PA 16002-7556

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

**Name              Email Address**

Dai Rosenblum
                  on behalf of Joint Debtor Leah Ann McClintock Jody@dairosenblumbankruptcy.com
                  Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                  on behalf of Debtor William Edward McClintock  II Jody@dairosenblumbankruptcy.com,
                  Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Keri P. Ebeck
                  on behalf of Creditor OneMain Financial Group  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
                  on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A.
                  mmiksich@kmllawgroup.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: dric     Page 2 of 2
Date Rcvd: May 19, 2021     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6