**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| LEAH ANN MCCLINTOCK, | ) Case No: 20-22706-CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |

## **NOTICE OF CHANGE OF ADDRESS**

Debtor's Social Security Number: xxx-xx-4540

Joint Debtor's Social Security Number: n/a

My (Our) Former Mailing Address and Telephone Number was:

Name:  Leah Ann McClintock
Street:  156 Dutchtown Road
City, State and Zip:  Butler, PA 16002

Please be advised that effective February 24, 2023
my (our) new mailing address and telephone number is:

Name:  Leah Ann McClintock
Street: 325 S. McKean St., Apt 501
City, State and Zip: Butler, PA 16001

                                                Respectfully submitted,

February 24, 2023                     /s/ Dai Rosenblum_____
                                           Dai Rosenblum, Esq., Attorney for
                                           William & Leah McClintock, Debtors
                                           Suite B, 254 New Castle Road
                                           Butler, PA  16001-5944
                                           (724) 283-2900     PA ID #31802
                                           dai@dairosenblumbankruptcy.com