**Form 132**

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

81  
lfox

In re:                                                              Bankruptcy Case No.: 20−22706−CMB

Chapter: 7

**William Edward McClintock II**  
   Debtor(s)                                         Leah Ann McClintock

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**  
**AND DETERMINATION OF TRUSTEE BOND**

Jeffrey J. Sikirica is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 4/10/23

                                                                                                                        **Andrew R. Vara**  
                                                                                                                        United States Trustee

                                                                                                                        **Marta E. Villacorta**  
                                                                                                                        Assistant United States Trustee  
                                                                                                                        Western District of Pennsylvania

---

I Jeffrey J. Sikirica, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                                           Jeffrey J. Sikirica

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-22706-CMB
William Edward McClintock, II                                                                                         Chapter 7
Leah Ann McClintock
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Jeffrey J. Sikirica, Law Office of Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243-0426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Leah Ann McClintock dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor William Edward McClintock  II dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 10, 2023 | Form ID: 132 | Total Noticed: 1

Maria Miksich
    on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8