| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | William Edward McClintock II<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0408 |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Leah Ann McClintock<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4540 |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed in chapter:   13   9/17/20 | |
| Case number:   20–22706–CMB | | Date case converted to chapter:   7   4/10/23 | |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | William Edward McClintock II | | Leah Ann McClintock |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 156 Dutchtown Road<br>Butler, PA 16002 | | 325 S. McKean St.<br>Apt. 501<br>Butler, PA 16001 |
| 4. | **Debtor's attorney**<br>Name and address | Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001–2529 | | Contact phone 724–283–2900<br><br>Email: dai@dairosenblumbankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>Law Office of Jeffrey J Sikirica, ESQ<br>PO Box 13426<br>Pittsburgh, PA 15243 | | Contact phone 724–625–2566<br><br>Email: TrusteeSikirica@gmail.com |

**For more information, see page 2 >**

Debtor  **William Edward McClintock II** and  **Leah Ann McClintock**                    Case number **20–22706–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/10/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**                **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/4/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 20-22706-CMB

William Edward McClintock, II                                                   Chapter 7

Leah Ann McClintock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 3
Date Rcvd: Apr 10, 2023                       Form ID: 309B                             Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward McClintock, II, 156 Dutchtown Road, Butler, PA 16002-7556 |
| jdb | + | Leah Ann McClintock, 325 S. McKean St., Apt. 501, Butler, PA 16001-6054 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | ++ | KERI EBECK, ATTN KERI EBECK, 601 GRANT STREET, 9TH FLOOR, PITTSBURGH PA 15219-4430 address filed with court:, Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | Jeffrey J. Sikirica, Law Office of Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243-0426 |
| 15320374 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15320375 | | Armstrong Cable, 437 North Main Street, Butler, PA 16001-4358 |
| 15320376 | + | Butler Ambulance Service, 106 First Street, Butler, PA 16001-4719 |
| 15320378 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15289917 | | CU Members Mortgage, A Division of Colonial Savings, F.A., 10860 North Fwy, Fort Worth, TX 76177 |
| 15320382 | | CU Members Mortgage division of Colonial, division of Colonial Savings FA, 10860 North Fwy, Fort Worth, TX 76177 |
| 15320383 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 15320386 | + | Primary Care Associates of Butler, 480 East Jefferson St., Butler, PA 16001-4780 |
| 15320387 | | UMR, P.O. Box 30541, Salt Lake City, UT 84130-0541 |
| 15320388 | | UMR Care Management, P.O. Box 8042, Wausau, WI 54402-8042 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dai@dairosenblumbankruptcy.com | Apr 10 2023 23:24:00 | Dai Rosenblum, 254 New Castle Road Suite B, Butler, PA 16001-2529 |
| aty | Email/Text: kebeck@bernsteinlaw.com | Apr 10 2023 23:24:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| smg | EDI: PENNDEPTREV | Apr 11 2023 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2023 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 11 2023 03:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2023 23:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

|  |  |  |  | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 10 2023 23:24:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 11 2023 03:21:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15320379 |  | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 10 2023 23:24:43 | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001 |
| 15326389 | + | Email/Text: alexis@multisourcellc.com | Apr 10 2023 23:24:00 | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15320377 | + | Email/Text: vferderber@basapa.org | Apr 10 2023 23:24:00 | Butler Area Sewer Authority, 100 Litman Road, Butler, PA 16001-3294 |
| 15320380 | + | EDI: PRA.COM | Apr 11 2023 03:21:00 | Capital One Bank (USA) N.A., c/o Portfolio Recovery Associates, LLC, Dept 922, P.O. Box 4115, Concord, CA 94524-4115 |
| 15314362 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 10 2023 23:24:00 | Colonial Savings, F.A., Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15320381 |  | Email/Text: bdsupport@creditmanagementcompany.com | Apr 10 2023 23:24:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 15289918 | ^ | MEBN | Apr 10 2023 23:19:24 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15292057 |  | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2023 23:30:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15314891 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2023 23:24:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15320385 | + | EDI: AGFINANCE.COM | Apr 11 2023 03:21:00 | One Main Financial, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15367368 | + | EDI: AGFINANCE.COM | Apr 11 2023 03:21:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15311806 |  | EDI: PRA.COM | Apr 11 2023 03:21:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15290343 | + | EDI: RMSC.COM | Apr 11 2023 03:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15293576 | + | EDI: CKSFINANCIAL.COM | Apr 11 2023 03:21:00 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |
| 15320390 |  | Email/Text: bankruptcy@firstenergycorp.com | Apr 10 2023 23:24:00 | West Penn Power, P. O. Box 3615, Akron, OH 44309-3615 |
| 15320389 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 10 2023 23:24:00 | West Penn Power, P. O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| cr |  | CU MEMBERS MORTGAGE, A DIVISON OF COLONIAL SAVINGS |
| cr |  | Midland Credit Management, Inc. |
| cr |  | OneMain Financial Group, LLC |
| 15320384 | ##+ | KML Law Group, ATTN: Denise Carlon, Esq., 216 Haddon Avenue, Suite 406, Haddon Township, NJ 08108-2812 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0315-2                         User: auto                                   Page 3 of 3
Date Rcvd: Apr 10, 2023                      Form ID: 309B                            Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Leah Ann McClintock dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor William Edward McClintock  II dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8