**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | |
| LEAH ANN MCCLINTOCK, ) | |
|     Movant, ) | Document No.: 78 |
| ) | |
|     v. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | |
|     Respondent. ) | |

## CERTIFICATE OF SERVICE OF CONVERTING CASE TO CHAPTER 7

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on April 17, 2023. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

| | |
|---|---|
| William Edward McClintock, II<br>156 Dutchtown Road<br>Butler, PA 16002 | Butler Area Sewer Authority<br>100 Litman Road<br>Butler, PA 16001-3256 |
| Leah Ann McClintock<br>325 S. McKean St.<br>Apt. 501<br>Butler, PA 16001 | Butler Medical Providers<br>PO Box 1549<br>Butler, PA 16003-1549 |
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5266 | Butler Memorial Hospital<br>Attn: Billing<br>One Hospital Way<br>Butler, PA 16001 |
| Armstrong Cable<br>437 North Main Street<br>Butler, PA 16001-4358 | Capital One Bank (USA) N.A.<br>c/o Portfolio Recovery Associates, LLC<br>Dept 922<br>P.O. Box 4115<br>Concord, CA 94524 |
| Brickhouse Opco I LLC<br>4053 Maple Road, Suite 122<br>Amherst, NY 14226-1422 | Colonial Savings, F.A.<br>Mortgage Services<br>P.O. Box 2988<br>Fort Worth, TX 76113 |
| Butler Ambulance Service<br>106 First Street<br>Butler, PA 16001 | |

Credit Management Company
P.O. Box 16346
Pittsburgh, PA 15242-0346

CU Members Mortgage
A Division of Colonial Savings, F.A.
10860 North Fwy
Fort Worth, TX 76177

CU Members Mortgage division of Colonial
division of Colonial Savings FA
10860 North Fwy
Fort Worth, TX 76177

Family Foot Care
104 Technology Drive
Suite 103
Butler, PA 16001

KML Law Group
ATTN: Denise Carlon, Esq.
216 Haddon Avenue
Suite 406
Haddon Township, NJ 08108

KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
Po Box 2011
Warren MI 48090

One Main Financial
P.O. Box 740594
Cincinnati, OH 45274

OneMain Financial
PO Box 3251
Evansville, IN 47731

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Primary Care Associates of Butler
480 East Jefferson St.
Butler, PA 16001

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UMR
P.O. Box 30541
Salt Lake City, UT 84130-0541

UMR Care Management
P.O. Box 8042
Wausau, WI 54402-8042

Webcollex LLC D/B/A CKS Financial
PO Box 2856
Chesapeake VA, 23327

West Penn Power
P. O. Box 3615
Akron, OH 44309-3615

West Penn Power
P. O. Box 3687
Akron, OH 44309-3615

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Jeffrey J. Sikirica, Trustee**
TrusteeSikirica@gmail.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Maria Miksich**
**CU Members Mortgage**
mmiksich@kmllawgroup.com

**Brian Nicholas**
**CU Members Mortgage**
bnicholas@kmllawgroup.com

**Keri P. Ebeck**
**OneMain Financial Group, LLC**
kebeck@bernsteinlaw.com


Executed on: April 17, 2023

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com