**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | |
| LEAH ANN MCCLINTOCK, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dai Rosenblum, Esq., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Genesis Medical Associates, Inc.
8150 Perry Highway
Suite 201
Pittsburgh, PA 15237-5200

MedCare Equipment Company, LLC
PO Box 1259
Dept. #140418
Oaks, PA 19456

Penn Credit Corp.
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 17106-9703

Collection Service Senter, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068-0560

Butler Imaging and Interventional Associates
7 Acee Drive
Natrona Heights, PA 15065-9700

SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714

Executed on: May 10, 2023

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com