# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and | ) Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, | ) |
|     Debtors. | ) Chapter 13 |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and | ) |
| LEAH ANN MCCLINTOCK, | ) |
|     Movant, | ) Document No.: 93 |
| | ) |
|     v. | ) |
| | ) |
| NO RESPONDENT. | ) |

## SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION

Genesis Medical Associates, Inc.
8150 Perry Highway
Suite 201
Pittsburgh, PA 15237-5200
Acct. # X7317

MedCare Equipment Company, LLC
PO Box 1259
Dept. #140418
Oaks, PA 19456
Acct. # X5750

Penn Credit Corp.
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 17106-9703
Acct. # X2181-1

Collection Service Senter, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068-0560
Acct. # X8004

Butler Imaging and Interventional
Associates
7 Acee Drive
Natrona Heights, PA 15065-9700
Acct. # X8317

SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714
Acct. # X9902

May 10, 2023

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and ) Case No: 20-22706-CMB | |
| LEAH ANN MCCLINTOCK, ) | |
|     Debtors. ) Chapter 13 | |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | |
| LEAH ANN MCCLINTOCK, ) | |
|     Movant, ) Document No.: 93 | |
| | ) |
| v. ) | |
| | ) |
| NO RESPONDENT. ) | |

**SCHEDULE OF ALL EXECUTORY CONTRACTS ENTERED INTO AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

May 10, 2023

Respectfully submitted,

/s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and | ) Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, | ) |
|     Debtors. | ) Chapter 13 |
| | ) |
| WILLIAM EDWARD MCCLINTOCK, II, and | ) |
| LEAH ANN MCCLINTOCK, | ) |
|     Movant, | ) Document No.: 93 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

### SCHEDULE OF ALL NEW PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION

NONE

May 10, 2023

Respectfully submitted,

/s/Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com