**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | |
| LEAH ANN MCCLINTOCK, ) | |
| Movant, ) | Document No.: 91, 92, 93, 94 |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF MODIFICATION OF MAILING MATRIX,  STATEMENT OF INTENT, SCHEDULES REQUIRED BY RULE 1019, AND AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 10, 2023. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First-Class Mail:**

**William Edward McClintock, II**
156 Dutchtown Road
Butler, PA 16002

**Leah Ann McClintock**
325 S. McKean St.
Apt. 501
Butler, PA 16001

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Jeffrey J. Sikirica, Trustee**
TrusteeSikirica@gmail.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Maria Miksich**
**CU Members Mortgage**
mmiksich@kmllawgroup.com

**Brian Nicholas**
**CU Members Mortgage**
bnicholas@kmllawgroup.com

**Keri P. Ebeck**
**OneMain Financial Group, LLC**
kebeck@bernsteinlaw.com

Executed on: May 10, 2023

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com