**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | Case No: 20-22706-CMB |
| LEAH ANN MCCLINTOCK, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM EDWARD MCCLINTOCK, II, and ) | |
| LEAH ANN MCCLINTOCK, ) | |
|     Movant, ) | Related to Document No.: 93, 82 |
| ) | |
|     v. ) | |
| ) | |
| NO RESPONDENT. ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF MEETING OF CREDITORS TO ALL NEW CREDITORS ON RULE 1019 DOCUMENTS**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 10, 2023. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Genesis Medical Associates, Inc.
8150 Perry Highway
Suite 201
Pittsburgh, PA 15237-5200

MedCare Equipment Company, LLC
PO Box 1259
Dept. #140418
Oaks, PA 19456

Penn Credit Corp.
2800 Commerce Drive
PO Box 69703
Harrisburg, PA 17106-9703

Collection Service Senter, Inc.
839 5th Avenue
PO Box 560
New Kensington, PA 15068-0560

Butler Imaging and Interventional Associates
7 Acee Drive
Natrona Heights, PA 15065-9700

SIMM Associates, Inc.
PO Box 7526
Newark, DE 19714

Executed on: May 10, 2023

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com