**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM EDWARD MCCLINTOCK, II
LEAH ANN MCCLINTOCK
   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Respondents.

Case No.:20-22706

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 09/17/2020 and confirmed on 01/13/2021. The case was subsequently  (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,163.63 |
| Less Refunds to Debtor | 2,423.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,739.69 |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 0.00 | |
|  Trustee Fee | 1,899.66 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,899.66 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CU MEMBERS MORTGAGE - DIV COLONI/ | 0.00 | 24,607.91 | 0.00 | 24,607.91 |
|  Acct: 5541 | | | | |
| CU MEMBERS MORTGAGE - DIV COLONI/ | 18,513.15 | 8,243.61 | 0.00 | 8,243.61 |
|  Acct: 5541 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 20,400.00 | 8,922.57 | 3,065.94 | 11,988.51 |
|  Acct: 8833 | | | | |
| | | | | 44,840.03 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| WILLIAM EDWARD MCCLINTOCK, II | 0.00 | 0.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| WILLIAM EDWARD MCCLINTOCK, II | 1,590.40 | 1,590.40 | 0.00 | 0.00 |
|  Acct: | | | | |
| WILLIAM EDWARD MCCLINTOCK, II | 833.54 | 833.54 | 0.00 | 0.00 |
|  Acct: | | | | |

\* \* \* N O N E \* \* \*

| 20-22706 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6965 | | | | |
| | ARMSTRONG CABLE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1402 | | | | |
| | BUTLER AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0783 | | | | |
| | BUTLER AREA SEWER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2420 | | | | |
| | BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6372 | | | | |
| | BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 336.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 3366 | | | | |
| | FAMILY FOOT CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 256 | | | | |
| | PRIMARY CARE ASSOCIATES OF BUTLER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1784 | | | | |
| | UMR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5806 | | | | |
| | UMR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0242 | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6631 | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4706 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 708.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 2147 | | | | |
| | LVNV FUNDING LLC | 421.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 1609 | | | | |
| | LVNV FUNDING LLC | 586.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 2353 | | | | |
| | WEBCOLLEX LLC D/B/A CKS FINANCIAL | 447.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1269 | | | | |
| | LVNV FUNDING LLC | 2,815.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4837 | | | | |
| | MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0921 | | | | |
| | LVNV FUNDING LLC | 782.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 7718 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 393.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 8833 | | | | |
| | BRICKHOUSE OPCO I LLC | 602.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 5729 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6028 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                    44,840.03

TOTAL CLAIMED
PRIORITY 0.00
SECURED 38,913.15
UNSECURED 7.094.99

Date: 05/26/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com