| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William Edward McClintock II<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0408<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leah Ann McClintock<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4540<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    20–22706–CMB | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Edward McClintock II                Leah Ann McClintock

8/22/23                                     **By the court:**    Carlota M Bohm
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22706-CMB |
| William Edward McClintock, II | Chapter 7 |
| Leah Ann McClintock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 22, 2023 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward McClintock, II, 156 Dutchtown Road, Butler, PA 16002-7556 |
| jdb | + | Leah Ann McClintock, 325 S. McKean St., Apt. 501, Butler, PA 16001-6054 |
| 15320375 | | Armstrong Cable, 437 North Main Street, Butler, PA 16001-4358 |
| 15320376 | + | Butler Ambulance Service, 106 First Street, Butler, PA 16001-4719 |
| 15599721 | | Butler Imaging and Interventional Associates, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 15320378 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15289917 | | CU Members Mortgage, A Division of Colonial Savings, F.A., 10860 North Fwy, Fort Worth, TX 76177 |
| 15320382 | | CU Members Mortgage division of Colonial, division of Colonial Savings FA, 10860 North Fwy, Fort Worth, TX 76177 |
| 15320383 | + | Family Foot Care, 104 Technology Drive, Suite 103, Butler, PA 16001-1801 |
| 15599717 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 201, Pittsburgh, PA 15237-5200 |
| 15599718 | + | MedCare Equipment Company, LLC, PO Box 1259, Dept. #140418, Oaks, PA 19456-1259 |
| 15320386 | + | Primary Care Associates of Butler, 480 East Jefferson St., Butler, PA 16001-4780 |
| 15320387 | | UMR, P.O. Box 30541, Salt Lake City, UT 84130-0541 |
| 15320388 | | UMR Care Management, P.O. Box 8042, Wausau, WI 54402-8042 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | EDI: PENNDEPTREV | | Aug 23 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | Aug 23 2023 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Aug 22 2023 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: RECOVERYCORP.COM | | Aug 23 2023 03:30:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15320374 | ^ MEBN | | Aug 23 2023 09:51:14 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15320379 | Email/Text: patientfinancialservices@butlerhealthsystem.org | | Aug 22 2023 23:41:00 | Butler Memorial Hospital, Attn: Billing, One Hospital Way, Butler, PA 16001 |

Case 20-22706-CMB    Doc 108    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15326389 | + | Email/Text: alexis@multisourcellc.com | Aug 22 2023 23:41:00 | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15320377 | + | Email/Text: vferderber@basapa.org | Aug 22 2023 23:41:00 | Butler Area Sewer Authority, 100 Litman Road, Butler, PA 16001-3294 |
| 15320380 | + | EDI: PRA.COM | Aug 23 2023 03:30:00 | Capital One Bank (USA) N.A., c/o Portfolio Recovery Associates, LLC, Dept 922, P.O. Box 4115, Concord, CA 94524-4115 |
| 15599720 | ^ | MEBN | Aug 23 2023 09:51:48 | Collection Service Senter, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15314362 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 22 2023 23:42:00 | Colonial Savings, F.A., Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15320381 | | Email/Text: bdsupport@creditmanagementcompany.com | Aug 22 2023 23:42:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 15289918 | ^ | MEBN | Aug 23 2023 09:51:42 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15292057 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2023 23:48:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15314891 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15320385 | + | EDI: AGFINANCE.COM | Aug 23 2023 03:30:00 | One Main Financial, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 15367368 | + | EDI: AGFINANCE.COM | Aug 23 2023 03:30:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15599719 | | Email/Text: bankruptcies@penncredit.com | Aug 22 2023 23:41:00 | Penn Credit Corp., 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15311806 | | EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15599722 | + | Email/PDF: clerical@simmassociates.com | Aug 22 2023 23:49:32 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 15290343 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15293576 | + | EDI: CKSFINANCIAL.COM | Aug 23 2023 03:30:00 | Webcollex LLC D/B/A CKS Financial, PO Box 2856, Chesapeake VA 23327-2856 |
| 15320390 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 22 2023 23:42:00 | West Penn Power, P. O. Box 3615, Akron, OH 44309-3615 |
| 15320389 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 22 2023 23:42:00 | West Penn Power, P. O. Box 3687, Akron, OH 44309-3687 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CU MEMBERS MORTGAGE, A DIVISON OF COLONIAL SAVINGS |
| cr | | Midland Credit Management, Inc. |
| cr | | OneMain Financial Group, LLC |
| 15320384 | ##+ | KML Law Group, ATTN: Denise Carlon, Esq., 216 Haddon Avenue, Suite 406, Haddon Township, NJ 08108-2812 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

Case 20-22706-CMB    Doc 108    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 22, 2023 | Form ID: 318 | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Leah Ann McClintock dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor William Edward McClintock  II dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISON OF COLONIAL SAVINGS, F.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7